DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WALLACE

No. 97 PC.

Case below: 34 N.C. App. 327.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978.

STATE v. WATKINS

No. 110 PC.

Case below: 34 N.C. App. 750.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978.

STATE v. WHEELER

No. 81 PC.

Case below: 34 N.C. App. 243.

Petition by defendants for discretionary review under G.S. 7A-31 denied 24 January 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 January 1978.

STATE v. WILKINS

No. 108 PC.

Case below: 34 N.C. App. 392.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1977.

STATE v. WILLIAMS

No. 30.

Case below: 34 N.C. App. 502.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 January 1978.